# United States Court of Appeals
## For the Eighth Circuit

_____

No. 23-2620
_____

Darrell Smith

*Petitioner - Appellant*

v.

B. Eischen, FPC Duluth, Warden

*Respondent - Appellee*
_____

Appeal from United States District Court
for the District of Minnesota
_____

Submitted: April 2, 2024
Filed: April 5, 2024
[Unpublished]
_____

Before BENTON, ERICKSON, and STRAS, Circuit Judges.
_____

PER CURIAM.

Darrell Smith appeals the judgment of the district court[1] dismissing without prejudice his 28 U.S.C. § 2241 habeas petition, in which he challenged the calculation

_____

[1]The Honorable Nancy Ellen Brasel, United States District Judge for the District of Minnesota, adopting the report and recommendations of the Honorable Dulce J. Foster, United States Magistrate Judge for the District of Minnesota.

and application of his earned First Step Act time credits by the Bureau of Prisons (BOP), and the BOP's method of computing the percentage of Smith's prison sentence served. Following our review of the record and the preserved claims for appeal, we conclude that the district court properly denied relief. Accordingly, the judgment is affirmed, <u>see</u> 8th Cir. R. 47B, and Smith's motions to supplement the record are denied as moot.

_____